UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

ELBERT JOACHIM GRIFFIN
ROBYNE BATSON GRIFFIN,

    CHAPTER 13

  Debtors.

    CASE NO. 09-36282-KRH

U.S. BANK, N.A., ITS SUCCESSORS AND/OR ASSIGNS,

  Plaintiff/Movant.

vs.

ELBERT JOACHIM GRIFFIN
AKA ELBERT J. GRIFFING
ROBYNE BATSON GRIFFIN
AKA ROBYNE B. GRIFFIN
ROBERT E. HYMAN, TRUSTEE,

  Defendants.

## ORDER GRANTING RELIEF

Upon consideration of the motion of U.S. Bank, N.A., its successors and/or assigns to modify the automatic stay, the Court having granted relief as to all parties on April 13, 2011;

**ORDERED** that the automatic stay of 11 U.S.C. Section 362 is modified to permit the movant and its successors and assigns to enforce the lien of its deed of trust as it pertains to the property located at 12913 MacNeil Court, Fredericksburg, VA 22407, and is more particularly described as follows:

> Lot 22, GLENHAVEN SOUTH-B, as the same appears duly dedicated, platted and recorded as Instrument Number 200700020224 among the land records of Spotsylvania County, Virginia.

Eric David White, Esquire
Counsel for Plaintiff
Samuel I. White, P. C.
1804 Staples Mill Road, Suite 200
Richmond, VA 23230
State Bar #21346
(804) 290-4290
File No. 93-002003-11

Relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

It is further **ORDERED** that upon entry of this Order, the Chapter 13 Trustee shall be relieved of any and all obligation to remit payment incident to the arrearages set forth in the Proof of Claim filed by Plaintiff.

DATED:

_____
JUDGE

**NOTICE OF JUDGMENT OR ORDER
Entered on Docket**

_____

I ask for this:
**/s/ ERIC DAVID WHITE**

Eric David White, Esquire
Counsel for U.S. Bank, N.A., its successors and/or assigns
1804 Staples Mill Road, Suite 200
Richmond, VA 23230

CERTIFICATE

I hereby certify that this proposed Order is substantially in compliance with Standing Order Number 10-2 and that it has been endorsed by all necessary parties involved in this proceeding.

**/s/ ERIC DAVID WHITE**
Samuel I. White, P. C.

The Clerk shall mail a copy of the entered Order to the following:

Robert E. Hyman
Chapter 13 Trustee
Post Office Box 1780
Richmond, VA 23218-1780

Leonard E. Starr, III, Esquire
Counsel for Debtors
Post Office Box 468
Sandston, VA 231500468

Elbert Joachim Griffin and Robyne Batson Griffin
Debtors
12913 MacNeil Court
Fredericksburg, VA 22407